**Lawrence EADDY, Plaintiff–Appellant,**

**v.**

**Officer DOWNEY; Eveline Faulk, RN, Defendants–Appellees.**

**No. 05–6157.**

United States Court of Appeals, Fourth Circuit.

Submitted June 15, 2005.

Decided June 28, 2005.

Lawrence Eaddy, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Eaddy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Eaddy v. Downey,* No. CA–03–797 (E.D.N.C. Dec. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*